VENABLE LLP
Ralph A. Dengler (Admitted *Pro Hac Vice*)
RADengler@Venable.com
Rockefeller Center
1270 Avenue of the Americas
The Twenty-Fourth Floor
New York, NY 10020
Telephone:   (212) 503-0655
Facsimile:    (212) 307-5598

Thomas E. Wallerstein (SBN 232086)
TWallerstein@Venable.com
Kimberly Culp (SBN 238839)
KCulp@Venable.com
Spear Tower, 40th Floor
One Market Plaza
1 Market Street
San Francisco, California  94105
Telephone:   (415) 653-3750
Facsimile:    (415) 653-3755

*Attorneys for NOBELBIZ, INC.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NOBELBIZ, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>LIVEVOX, INC.,<br><br>             Defendant. | CASE NO. 13-01773 YGR<br><br>RELATED CASES:<br> 13-01846 CV YGR<br><br>[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL OF ATTORNEYS |
| NOBELBIZ, INC.,<br><br>             Plaintiff,<br><br>       v.<br><br>FIVE9, INC.,<br><br>             Defendant. | First Action Filed:   April 3, 2012<br>Action Transferred: April 18, 2013<br>Trial Date:              None set |

**[PROPOSED] ORDER**

Having considered NobelBiz, Inc.'s Notice Of Appearance Of Attorneys and Withdrawal Of Attorneys; Notice Of Change Of Contact Information For Ralph A. Dengler Counsel For NobelBiz, Inc., filed on May 29, 2014, and good cause appearing therefore

IT IS HEREBY ORDERED THAT the following counsel are withdrawn from the case:

**Coblentz Patch Duffy & Bass LLP**
   Jeffrey G. Knowles; and
   Julia D. Greer

**Gibbons P.C.**
   Andrew Peter MacArthur;
   Charles H. Chevalier;
   Todd M. Nosher; and
   William A. Hector

**Capshaw DeRieux, LLP**
   Daymon Jeffrey Rambin;
   Elizabeth DeRieux; and
   Sidney Calvin Capshaw

All further pleadings, notices, orders, and other papers relating to the above-captioned matter should be served upon:

   Ralph A. Dengler (Admitted *Pro Hac Vice*)
   Venable LLP
   Rockefeller Center
   1270 Avenue of the Americas
   The Twenty-Fourth Floor
   New York, NY 10020
   Tel: 212-503-0655, Fax: 212-307-5598

   Thomas E. Wallerstein
   Kimberly I. Culp Cloyd
   Venable LLP
   Spear Tower, 40th Floor
   1 Market Street
   San Francisco, CA 94105
   Tel: 415-653-3750, Fax: 415-653-3755

IT IS SO ORDERED.

Date: June 2, 2014    By: _____

                Hon. Yvonne Gonzalez Rogers
                United States District Court Judge