VENABLE LLP
Ralph A. Dengler (Admitted *Pro Hac Vice*)
RADengler@Venable.com
Andrew P. MacArthur (Admitted *Pro Hac Vice*)
APMacArthur@Venable.com
Rockefeller Center
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, NY 10020
Telephone: (212) 503-0655
Facsimile: (212) 307-5598

Thomas E. Wallerstein (SBN 232086)
TWallerstein@Venable.com
Kimberly Culp (SBN 238839)
KCulp@Venable.com
William A. Hector (SBN 298490)
WAHector@Venable.com
Spear Tower, 40th Floor
One Market Plaza
1 Market Street
San Francisco, California 94105
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

*Attorneys for plaintiff NOBELBIZ, INC.*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
4/27/15

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| NOBELBIZ, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>LIVEVOX, INC.<br><br>　　　　　　Defendant.<br>―――――――――――――<br>NOBELBIZ, INC.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>FIVE9, INC.<br><br>　　　　　　Defendant. | CASE NO. 13-cv-01773-YGR<br><br>RELATED CASE:<br>　　　　　13-cv-01846-YGR<br><br>**SUPPLEMENTAL STATEMENT REGARDING CO-PENDING LITIGATIONS AND [PROPOSED] REVISED CASE MANAGEMENT SCHEDULE**<br><br>First Action Filed:　April 3, 2012<br>Action Transferred: April 18, 2013<br>Trial Date:　　　　　None set |

## I. SUPPLEMENTAL STATEMENT REGARDING CO-PENDING LITIGATIONS

Pursuant to the Court's instructions during the case management conference on April 6, 2015, NobelBiz provides the following supplemental update regarding the *NobelBiz, Inc. v. Global Connect, L.L.C.*, 6:12-cv-00244-RWS (E.D. Tex.) and *NobelBiz, Inc. v. TCN, Inc.*, 6:12-cv-00247-RWS (E.D. Tex.) cases (collectively, the "Global Connect and TCN cases") currently pending before the Honorable Robert W. Schroeder III in the Eastern District of Texas. Shortly after filing the Joint Statement of Compliance and Statement by Plaintiff Regarding Co-Pending Litigations (Dkt. 131) with this Court on Friday, April 18, 2015, the court in the Global Connect and TCN cases issued an Order setting a Pretrial Conference for May 11, 2015. During the Pretrial Conference, the court will hear argument on all motions currently pending before the court, which include fully-briefed summary judgment motions, *Daubert* motions, motions to strike, and motions *in limine*. The Order also requires NobelBiz and the defendants in the Global Connect and TCN cases to meet and confer in advance of the conference to determine the parties' availability for a summer or fall trial date.

Anticipating a summer or fall trial date for the Global Connect and TCN cases in the Eastern District of Texas, NobelBiz, Inc., LiveVox, Inc., and Five9, Inc. (collectively, the "Parties") respectfully and jointly propose the below revised case management schedule for the above-captioned cases pending before this Court. Most notably, the proposed revised case management schedule extends the deadline for the close of fact discovery to January 15, 2016, the same day as the close of expert discovery. The Parties do not propose any changes to the trial date set by the Court or any dates dependent on the trial date.

## II. PROPOSED AMENDED SCHEDULE

The Parties agree to and respectfully propose the following deadlines in this matter.

| Event | Deadline |
|---|---|
| Compliance date for parties to schedule mediation and update Court regarding E.D. Tex. litigations | April 24, 2015 |
| Production of Source Code and all technical documents (Patent L.R. 3-4) | August 10, 2015 |
| Deadline to complete expert demonstration of defendants' accused systems | September 11, 2015 |

-1-
SUPPLEMENTAL STATEMENT AND [PROPOSED] REVISED CASE MANAGEMENT SCHEDULE

| Event | Deadline |
|---|---|
| Deadline to advise the Court of mediation | September 15, 2015 |
| Deadline to amend infringement contentions | October 9, 2015 |
| Deadline to seek leave of Court to amend pleadings | November 9, 2015 |
| Deadline to amend invalidity contentions | November 13, 2015 |
| Initial expert disclosures and reports due | December 22, 2015 |
| Rebuttal expert disclosures and reports due | January 8, 2016 |
| Deadline to complete fact and expert discovery | January 15, 2016 |
| Deadline to file Dispositive motions, *Daubert* motions, and motions to strike | February 16, 2016 |
| Deadline to oppose Dispositive motions, *Daubert* motions, and motions to strike | March 8, 2016 |
| Deadline to reply in support of Dispositive motions, *Daubert* motions, and motions to strike | March 15, 2016 |
| Hearing on Dispositive motions, *Daubert* motions, and motions to strike | April 12, 2016 |
| Deadline to exchange proposed motions *in limine* (Court's Pretrial Instructions in Civil Cases ¶ 4.a) | May 6, 2016 |
| Deadline to exchange exhibits and exhibit lists (Court's Pretrial Instructions in Civil Cases ¶ 6.a) | May 6, 2016 |
| Deadline to meet and confer regarding Joint Pretrial Conference Statement (Court's Pretrial Instructions in Civil Cases ¶ 2) | May 13, 2016 |
| Joint Pretrial Conference Statement due (Court's Pretrial Instructions in Civil Cases ¶ 2) | May 20, 2016 |
| Motions *in limine* due (Court's Pretrial Instructions in Civil Cases ¶ 4.b) | May 20, 2016 |
| Compliance date for parties to report on readiness for trial | May 20, 2016 |
| Oppositions to motions *in limine* due (Court's Pretrial Instructions in Civil Cases ¶ 4.b) | May 25, 2016 |
| Deadline for pretrial filings and submission of Joint Trial Readiness Binder and Motions *in Limine* Binder (Court's Pretrial Instructions in Civil Cases ¶¶ 3 and 4.c) | May 27, 2016 |
| Final pretrial conference (Court's Pretrial Instructions in Civil Cases ¶ 1) | June 3, 2016 |
| Deadline to submit three sets of trial exhibits (Court's Pretrial Instructions in Civil Cases ¶ 6.c) | June 17, 2016 |

| Event | Deadline |
|---|---|
| Commencement of jury trial (Court's Pretrial Instructions in Civil Cases ¶ 1) | June 20, 2016 |

Should the Court have any questions, the Parties are available to discuss at the Court's convenience.

Respectfully submitted,

Dated:  April 21, 2015        VENABLE LLP


/s/ Ralph A. Dengler
Ralph A. Dengler
Andrew P. MacArthur
William A. Hector
Counsel for plaintiff NobelBiz, Inc.


LOCKE LORD LLP


/s/ Robert M. Harkins
Robert M. Harkins
Counsel for defendants LiveVox, Inc. and Five9, Inc.


**Attestation Regarding Signatures**

I, William A. Hector, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Date: April 21, 2015        VENABLE LLP

By:    /s/ William A. Hector
       William A. Hector

Attorneys for plaintiff NobelBiz, Inc.

-3-
SUPPLEMENTAL STATEMENT AND [PROPOSED] REVISED CASE MANAGEMENT SCHEDULE