| | |
|---|---|
| 1 | VENABLE LLP |
| | Ralph A. Dengler (Admitted Pro Hac Vice) |
| 2 | RADengler@Venable.com |
| | Andrew P. MacArthur (Admitted Pro Hac Vice) |
| 3 | APMacArthur@Venable.com |
| | Rockefeller Center |
| 4 | 1270 Avenue of the Americas |
| | Twenty-Fourth Floor |
| 5 | New York, NY 10020 |
| | Telephone: (212) 503-0655 |
| 6 | Facsimile: (212) 307-5598 |
| 7 | Thomas E. Wallerstein (SBN 232086) |
| | TWallerstein@Venable.com |
| 8 | Kimberly Culp (SBN 238839) |
| | KCulp@Venable.com |
| 9 | William A. Hector (SBN 298490) |
| | WAHector@Venable.com |
| 10 | 505 Montgomery Street, Suite 1400 |
| | San Francisco, California 94111 |
| 11 | Telephone: (415) 653-3750 |
| | Facsimile: (415) 653-3755 |
| 12 | |
| 13 | *Attorneys for plaintiff NOBELBIZ, INC.* |

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
6/29/2015

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | | |
|---|---|---|
| NOBELBIZ, INC. | | |
| | Plaintiff, | CASE NO. 13-cv-01773-YGR |
| v. | | RELATED CASE: |
| LIVEVOX, INC. | | 13-cv-01846-YGR |
| | Defendant. | **[PROPOSED] REVISED CASE MANAGEMENT SCHEDULE** |
| NOBELBIZ, INC. | | First Action Filed:   April 3, 2012 |
| | Plaintiff, | Action Transferred: April 18, 2013 |
| v. | | Trial Date:              June 20, 2016 |
| FIVE9, INC. | | |
| | Defendant. | |

## I. PROPOSED AMENDED SCHEDULE

NobelBiz, Inc., LiveVox, Inc. and Five9, Inc. (collectively, the "Parties") agree to and respectfully propose revising the case management schedule (Dkt. 135) to the below-listed deadlines. Good cause exists for the revisions to the case management schedule. As noted in NobelBiz's second supplemental statement regarding co-pending litigations (Dkt. 136), trial is set to commence on September 8, 2015, in the *NobelBiz, Inc. v. Global Connect, L.L.C.*, 6:12-cv-00244-RWS (E.D. Tex.) and *NobelBiz, Inc. v. TCN, Inc.*, 6:12-cv-00247-RWS (E.D. Tex.) cases (collectively, the "Global Connect and TCN cases") before the Honorable Robert W. Schroeder III in the Eastern District of Texas. To conserve judicial resources and increase certainty associated with issues in the instant case that may be influenced by the outcome of the Global Connect and TCN cases, the Parties propose modestly extending certain pre-trial deadlines as proposed below. The Parties do not propose any changes to the trial date set by the Court or any dates dependent on the trial date. In addition to the dates set forth in the proposed schedule, the Parties also agree to delay substantive discovery until after completion of the trial in the Global Connect and TCN cases.

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Production of all technical documents (Patent L.R. 3-4) | August 10, 2015 | September 10, 2015 |
| Deadline to complete expert demonstration of defendants' accused systems | September 11, 2015 | October 16, 2015 |
| Deadline to advise the Court of mediation | September 15, 2015 | October 16, 2015 |
| Deadline to amend infringement contentions | October 9, 2015 | December 4, 2015 |
| Deadline to seek leave of Court to amend pleadings | November 9, 2015 | December 4, 2015 |
| Deadline to amend invalidity contentions | November 13, 2015 | January 8, 2015 |
| Initial expert disclosures and reports due | December 22, 2015 | January 29, 2016 |
| Rebuttal expert disclosures and reports due | January 8, 2016 | February 26, 2016 |
| Deadline to complete fact and expert discovery | January 15, 2016 | March 2, 2016 |

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Deadline to file Dispositive motions, *Daubert* motions, and motions to strike | February 16, 2016 | March 4, 2016 |
| Deadline to oppose Dispositive motions, *Daubert* motions, and motions to strike | March 8, 2016 | March 18, 2016 |
| Deadline to reply in support of Dispositive motions, *Daubert* motions, and motions to strike | March 15, 2016 | April 1, 2016 |
| Hearing on Dispositive motions, *Daubert* motions, and motions to strike | April 12, 2016 | May 3, 2016 |
| Deadline to exchange proposed motions *in limine* (Court's Pretrial Instructions in Civil Cases ¶ 4.a) | May 6, 2016 | May 6, 2016 |
| Deadline to exchange exhibits and exhibit lists (Court's Pretrial Instructions in Civil Cases ¶ 6.a) | May 6, 2016 | May 6, 2016 |
| Deadline to meet and confer regarding Joint Pretrial Conference Statement (Court's Pretrial Instructions in Civil Cases ¶ 2) | May 13, 2016 | May 13, 2016 |
| Joint Pretrial Conference Statement due (Court's Pretrial Instructions in Civil Cases ¶ 2) | May 20, 2016 | May 20, 2016 |
| Motions *in limine* due (Court's Pretrial Instructions in Civil Cases ¶ 4.b) | May 20, 2016 | May 20, 2016 |
| Compliance date for parties to report on readiness for trial | May 20, 2016 | May 20, 2016 |
| Oppositions to motions *in limine* due (Court's Pretrial Instructions in Civil Cases ¶ 4.b) | May 25, 2016 | May 25, 2016 |
| Deadline for pretrial filings and submission of Joint Trial Readiness Binder and Motions *in limine* Binder (Court's Pretrial Instructions in Civil Cases ¶¶ 3 and 4.c) | May 27, 2016 | May 27, 2016 |
| Final pretrial conference (Court's Pretrial Instructions in Civil Cases ¶ 1) | June 3, 2016 | June 3, 2016 |
| Deadline to submit three sets of trial exhibits (Court's Pretrial Instructions in Civil Cases ¶ 6.c) | June 17, 2016 | June 17, 2016 |
| Commencement of jury trial (Court's Pretrial Instructions in Civil Cases ¶ 1) | June 20, 2016 | June 20, 2016 |

Should the Court have any questions, the Parties are available to discuss at the Court's convenience.

-2-
[PROPOSED] REVISED CASE MANAGEMENT SCHEDULE

Respectfully submitted,

Dated:  June 24, 2015           VENABLE LLP

  /s/ Ralph A. Dengler
Ralph A. Dengler
Andrew P. MacArthur
William A. Hector
Counsel for plaintiff NobelBiz, Inc.


LOCKE LORD LLP


  /s/ Robert M. Harkins
Robert M. Harkins
Counsel for defendants LiveVox, Inc. and Five9, Inc.


**Attestation Regarding Signatures**

   I, William A. Hector, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Date: June 24, 2015           VENABLE LLP

                              By:     /s/ William A. Hector
                                    William A. Hector

                              Attorneys for plaintiff NobelBiz, Inc.