VENABLE LLP
Ralph A. Dengler (Admitted Pro Hac Vice)
RADengler@Venable.com
Andrew P. MacArthur (Admitted Pro Hac Vice)
APMacArthur@Venable.com
Rockefeller Center
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, NY 10020
Telephone: (212) 503-0655
Facsimile: (212) 307-5598

Thomas E. Wallerstein (SBN 232086)
TWallerstein@Venable.com
Kimberly Culp (SBN 238839)
KCulp@Venable.com
William A. Hector (SBN 298490)
WAHector@Venable.com
505 Montgomery Street, Suite 1400
San Francisco, California 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

*Attorneys for plaintiff NOBELBIZ, INC.*

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers
10/8/15

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| NOBELBIZ, INC.<br><br>                    Plaintiff,<br><br>        v.<br><br>LIVEVOX, INC.<br><br>                    Defendant. | CASE NO. 13-cv-01773-YGR<br><br>RELATED CASE:<br>              13-cv-01846-YGR<br><br>**[PROPOSED] REVISED CASE MANAGEMENT SCHEDULE**<br><br>First Action Filed:    April 3, 2012<br>Action Transferred: April 18, 2013<br>Trial Date:              June 20, 2016 |
| NOBELBIZ, INC.<br><br>                    Plaintiff,<br><br>        v.<br><br>FIVE9, INC.<br><br>                    Defendant. | |

## I. PROPOSED AMENDED SCHEDULE

NobelBiz, Inc., LiveVox, Inc. and Five9, Inc. (collectively, the "Parties") agree to and respectfully propose revising the case management schedule (Dkt. 141) to the below-listed deadlines.

Good cause exists for the revisions to the case management schedule. As noted in NobelBiz's third supplemental statement regarding co-pending litigations (Dkt. 142), NobelBiz completed jury trial on September 16, 2015, in the *NobelBiz, Inc. v. Global Connect, L.L.C.*, 6:12-cv-00244-RWS (E.D. Tex.) and *NobelBiz, Inc. v. TCN, Inc.*, 6:12-cv-00247-RWS (E.D. Tex.) cases (collectively, the "Global Connect and TCN cases") before the Honorable Robert W. Schroeder III in the Eastern District of Texas, with NobelBiz prevailing on its direct and indirect infringement, and willful infringement claims, and being awarded damages.

In order to provide ample time for the Parties and their business principals to prepare for and meaningfully participate in mediation currently scheduled for October 20, 2015, the Parties propose a two-week extension to the deadline to advise the Court of mediation. The Parties also propose modest extensions to several other near term deadlines. The Parties do not at this time propose any changes to the trial date set by the Court, or any dates dependent on the trial date.

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Production of all technical documents (Patent L.R. 3-4) | September 10, 2015 | October 30, 2015 |
| Deadline to complete expert demonstration of defendants' accused systems | October 16, 2015 | October 30, 2015 |
| Deadline to advise the Court of mediation | October 16, 2015 | October 30, 2015 |
| Deadline to amend infringement contentions | December 4, 2015 | December 23, 2015 |
| Deadline to seek leave of Court to amend pleadings | December 4, 2015 | December 23, 2015 |
| Deadline to amend invalidity contentions | January 8, 2015 | January 19, 2015 |

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Initial expert disclosures and reports due | January 29, 2016 | January 29, 2016 |
| Rebuttal expert disclosures and reports due | February 26, 2016 | February 26, 2016 |
| Deadline to complete fact and expert discovery | March 2, 2016 | March 4, 2016 |
| Deadline to file Dispositive motions, *Daubert* motions, and motions to strike | March 4, 2016 | March 4, 2016 |
| Deadline to oppose Dispositive motions, *Daubert* motions, and motions to strike | March 18, 2016 | March 18, 2016 |
| Deadline to reply in support of Dispositive motions, *Daubert* motions, and motions to strike | April 1, 2016 | April 1, 2016 |
| Hearing on Dispositive motions, *Daubert* motions, and motions to strike | May 3, 2016 | May 3, 2016 |
| Deadline to exchange proposed motions *in limine* (Court's Pretrial Instructions in Civil Cases ¶ 4.a) | May 6, 2016 | May 6, 2016 |
| Deadline to exchange exhibits and exhibit lists (Court's Pretrial Instructions in Civil Cases ¶ 6.a) | May 6, 2016 | May 6, 2016 |
| Deadline to meet and confer regarding Joint Pretrial Conference Statement (Court's Pretrial Instructions in Civil Cases ¶ 2) | May 13, 2016 | May 13, 2016 |
| Joint Pretrial Conference Statement due (Court's Pretrial Instructions in Civil Cases ¶ 2) | May 20, 2016 | May 20, 2016 |
| Motions *in limine* due (Court's Pretrial Instructions in Civil Cases ¶ 4.b) | May 20, 2016 | May 20, 2016 |
| Compliance date for parties to report on readiness for trial | May 20, 2016 | May 20, 2016 |
| Oppositions to motions *in limine* due (Court's Pretrial Instructions in Civil Cases ¶ 4.b) | May 25, 2016 | May 25, 2016 |
| Deadline for pretrial filings and submission of Joint Trial Readiness Binder and Motions *in limine* Binder (Court's Pretrial Instructions in Civil Cases ¶¶ 3 and 4.c) | May 27, 2016 | May 27, 2016 |
| Final pretrial conference (Court's Pretrial Instructions in Civil Cases ¶ 1) | June 3, 2016 | June 3, 2016 |
| Deadline to submit three sets of trial exhibits (Court's Pretrial Instructions in Civil Cases ¶ 6.c) | June 17, 2016 | June 17, 2016 |

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Commencement of jury trial (Court's Pretrial Instructions in Civil Cases ¶ 1) | June 20, 2016 | June 20, 2016 |

Should the Court have any questions, the Parties are available to discuss at the Court's convenience.

Respectfully submitted,

Dated:  October 5, 2015      VENABLE LLP


 */s/ Ralph A. Dengler*
Ralph A. Dengler
Andrew P. MacArthur
William A. Hector
Counsel for plaintiff NobelBiz, Inc.


LOCKE LORD LLP


*/s/ Robert M. Harkins*
Robert M. Harkins
Counsel for defendants LiveVox, Inc. and Five9, Inc.


**Attestation Regarding Signatures**

I, William A. Hector, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Date: October 5, 2015      VENABLE LLP

By:    */s/ William A. Hector*
            William A. Hector


Attorneys for plaintiff NobelBiz, Inc.

VENABLE LLP
505 MONTGOMERY STREET, SUITE 1400
SAN FRANCISCO, CA 94111
415-653-3750