| | |
|---|---|
| 1 | VENABLE LLP |
| | Ralph A. Dengler (Admitted Pro Hac Vice) |
| 2 | RADengler@Venable.com |
| | Andrew P. MacArthur (Admitted Pro Hac Vice) |
| 3 | APMacArthur@Venable.com |
| | Rockefeller Center |
| 4 | 1270 Avenue of the Americas |
| | Twenty-Fourth Floor |
| 5 | New York, NY 10020 |
| | Telephone: (212) 503-0655 |
| 6 | Facsimile: (212) 307-5598 |
| 7 | Thomas E. Wallerstein (SBN 232086) |
| | TWallerstein@Venable.com |
| 8 | Kimberly Culp (SBN 238839) |
| | KCulp@Venable.com |
| 9 | William A. Hector (SBN 298490) |
| | WAHector@Venable.com |
| 10 | 505 Montgomery Street, Suite 1400 |
| | San Francisco, California 94111 |
| 11 | Telephone: (415) 653-3750 |
| | Facsimile: (415) 653-3755 |

IT IS SO ORDERED
Judge Yvonne Gonzalez Rogers

*Attorneys for plaintiff NOBELBIZ, INC.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| NOBELBIZ, INC.<br><br>                Plaintiff,<br><br>       v.<br><br>LIVEVOX, INC.<br><br>                Defendant. | CASE NO. 13-cv-01773-YGR<br><br>RELATED CASE:<br>       13-cv-01846-YGR<br><br>[~~PROPOSED~~] **REVISED CASE MANAGEMENT SCHEDULE**<br><br>First Action Filed:   April 3, 2012<br>Action Transferred:  April 18, 2013<br>Trial Date:                June 20, 2016 |
| NOBELBIZ, INC.<br><br>                Plaintiff,<br><br>       v.<br><br>FIVE9, INC.<br><br>                Defendant. | |

**~~PROPOSED~~ AMENDED SCHEDULE**

NobelBiz, Inc., LiveVox, Inc. and Five9, Inc. (collectively, the "Parties") agree to and respectfully propose revising the case management schedule (Dkt. 144) to the below-listed deadlines.

Good cause exists for the revisions to the case management schedule. In order to provide ample time for the Parties to complete discovery related to the accused instrumentalities, the Parties propose modest extensions to several near-term deadlines. The Parties do not at this time propose any changes to the trial date set by the Court, or any dates dependent on the trial date.

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Deadline to amend infringement contentions | December 23, 2015 | January 18, 2015 |
| Deadline to seek leave of Court to amend pleadings | December 23, 2015 | January 18, 2015 |
| Deadline to amend invalidity contentions | January 19, 2015 | February 1, 2015 |
| Initial expert disclosures and reports due | January 29, 2016 | February 5, 2015 |
| Rebuttal expert disclosures and reports due | February 26, 2016 | March 4, 2016 |
| Deadline to complete fact and expert discovery | March 2, 2016 | March 18, 2016 |
| Deadline to file Dispositive motions, *Daubert* motions, and motions to strike | March 4, 2016 | April 1, 2016 |
| Deadline to oppose Dispositive motions, *Daubert* motions, and motions to strike | March 18, 2016 | April 15, 2016 |
| Deadline to reply in support of Dispositive motions, *Daubert* motions, and motions to strike | April 1, 2016 | April 29, 2016 |
| Hearing on Dispositive motions, *Daubert* motions, and motions to strike | May 3, 2016 | May 17, 2016 |
| Deadline to exchange proposed motions *in limine* (Court's Pretrial Instructions in Civil Cases ¶ 4.a) | May 6, 2016 | May 6, 2016 |

| Event | Current Deadline | [Proposed] Deadline |
|---|---|---|
| Deadline to exchange exhibits and exhibit lists (Court's Pretrial Instructions in Civil Cases ¶ 6.a) | May 6, 2016 | May 6, 2016 |
| Deadline to meet and confer regarding Joint Pretrial Conference Statement (Court's Pretrial Instructions in Civil Cases ¶ 2) | May 13, 2016 | May 13, 2016 |
| Joint Pretrial Conference Statement due (Court's Pretrial Instructions in Civil Cases ¶ 2) | May 20, 2016 | May 20, 2016 |
| Motions *in limine* due (Court's Pretrial Instructions in Civil Cases ¶ 4.b) | May 20, 2016 | May 20, 2016 |
| Compliance date for parties to report on readiness for trial | May 20, 2016 | May 20, 2016 |
| Oppositions to motions *in limine* due (Court's Pretrial Instructions in Civil Cases ¶ 4.b) | May 25, 2016 | May 25, 2016 |
| Deadline for pretrial filings and submission of Joint Trial Readiness Binder and Motions *in limine* Binder (Court's Pretrial Instructions in Civil Cases ¶¶ 3 and 4.c) | May 27, 2016 | May 27, 2016 |
| Final pretrial conference (Court's Pretrial Instructions in Civil Cases ¶ 1) | June 3, 2016 | June 3, 2016 |
| Deadline to submit three sets of trial exhibits (Court's Pretrial Instructions in Civil Cases ¶ 6.c) | June 17, 2016 | June 17, 2016 |
| Commencement of jury trial (Court's Pretrial Instructions in Civil Cases ¶ 1) | June 20, 2016 | June 20, 2016 |

Should the Court have any questions, the Parties are available to discuss at the Court's convenience.

//

//

//

//

Respectfully submitted,

Dated:  November 23, 2015        VENABLE LLP


                                 */s/ Ralph A. Dengler*
                                 Ralph A. Dengler
                                 Andrew P. MacArthur
                                 William A. Hector
                                 Counsel for plaintiff NobelBiz, Inc.


                                 LOCKE LORD LLP


                                 */s/ Robert M. Harkins*
                                 Robert M. Harkins
                                 Counsel for defendants LiveVox, Inc. and
                                 Five9, Inc.


### Attestation Regarding Signatures

I, William A. Hector, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Date: November 23, 2015          VENABLE LLP

                                 By:   */s/ William A. Hector*
                                       William A. Hector

                                 Attorneys for plaintiff NobelBiz, Inc.