# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOBELBIZ, INC., <br><br> Plaintiff, <br><br> v. <br><br> LIVEVOX, INC., <br><br> Defendant. | CASE NO. 13-01773 YGR <br><br> Re: Dkt. No. 151 |
| NOBELBIZ, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIVE9, INC., <br><br> Defendant. | CASE NO. 13-01846 YGR <br><br> Re: Dkt. No. 135 <br><br> **ORDER GRANTING JOINT MOTION TO STAY; SETTING COMPLIANCE HEARING** |

On December 17, 2015, the parties filed a joint motion to stay proceedings through and including January 26, 2016. The Court having reviewed the motion, and good cause appearing, the parties' motion is hereby **GRANTED**.

A compliance hearing regarding the status of settlement discussions shall be held on **February 5, 2016** on the Court's **9:01 a.m.** calendar in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. No later than January 29, 2016 the parties shall JOINTLY file either (a) a notice of settlement, or (b) a statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: December 18, 2015

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE