VENABLE LLP
SPEAR TOWER, 40TH FLOOR, ONE MARKET PLAZA
1 MARKET STREET, SAN FRANCISCO, CA 94105
415-653-3750

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOBELBIZ, INC., | CASE NO. 13-01773 YGR |
|              Plaintiff, | |
|      v. | Re: Dkt. No. 153 |
| LIVEVOX, INC., | |
|              Defendant. | |

CASE NO. 13-01846 YGR

Re: Dkt. No. 137

NOBELBIZ, INC.,

             Plaintiff,

     v.

FIVE9, INC.,

             Defendant.

**ORDER EXTENDING STAY; VACATING COMPLIANCE HEARING; SETTING CASE MANAGEMENT CONFERENCE**

On January 28, 2016, the parties filed a joint request to stay proceedings in the above-captioned actions through and including March 7, 2016.  (*See* Dkt. Nos. 153, 137.)  The Court having reviewed the request, and good cause appearing, the parties' request is hereby **GRANTED**.

The compliance hearing currently set for February 5, 2016 is hereby **VACATED.**

The Court **SETS** a Case Management Conference to be held in these cases on Monday, **March 7, 2016** at **2:00 p.m.**, at the Ronald V. Dellums Federal Building, Oakland in Courtroom 1.  No later than February 29, 2016 the parties shall file either: (1) an updated joint case management conference statement, or (2) a notice of settlement.

This Order terminates Docket Numbers 153 (Case No. 13-1773) and 137 (Case No. 13-1846).

**IT IS SO ORDERED**.

Dated:  February 2, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**