UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NOBELBIZ, INC.**, <br>  Plaintiff, <br> v. <br> **LIVEVOX, INC.**, <br>  Defendant. | Case No. 13-cv-1773-YGR <br><br> Re: Dkt. No. 158 |
| **NOBELBIZ, INC.**, <br>  Plaintiff, <br> v. <br> **FIVE9, INC.**, <br>  Defendant. | Case No. 13-cv-1846-YGR <br><br> Re: Dkt. No. 142 <br><br> **ORDER EXTENDING STAY; SETTING COMPLIANCE HEARING** |

On March 3, 2016, the parties filed their Updated Joint Case Management Conference Statements (Dkt. Nos. 158, 142, respectively), requesting the Court extend the stay of proceedings in the above-captioned actions pending appeal to the Federal Circuit in the Eastern District of Texas cases. The Court having reviewed the request, and good cause appearing, the parties' request is **GRANTED** and the stay of proceedings is extended pending the Federal Circuit appeal.

A compliance hearing regarding the status of the appeal in the Federal Circuit shall be held on **September 16, 2016** on the Court's **9:01 a.m.** calendar in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1. No later than September 9, 2016 the parties shall JOINTLY file either (a) an update regarding the Federal Circuit appeal, or (b) a statement setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: March 7, 2016



**YVONNE GONZALEZ ROGERS** <br>
**UNITED STATES DISTRICT COURT**