VENABLE LLP
Ralph A. Dengler (Admitted Pro Hac Vice)
RADengler@Venable.com
Andrew P. MacArthur (Admitted Pro Hac Vice)
APMacArthur@Venable.com
Rockefeller Center
1270 Avenue of the Americas
Twenty-Fourth Floor
New York, NY 10020
Telephone: (212) 503-0655
Facsimile: (212) 307-5598

Thomas E. Wallerstein (SBN 232086)
TWallerstein@Venable.com
Kimberly Culp (SBN 238839)
KCulp@Venable.com
William A. Hector (SBN 298490)
WAHector@Venable.com
101 California Street, Suite 3800
San Francisco, CA 94111
Telephone: (415) 653-3750
Facsimile: (415) 653-3755

*Attorneys for plaintiff NOBELBIZ, INC.*

GRANTED
Judge Yvonne Gonzalez Rogers
12/22/17

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| NOBELBIZ, INC.<br><br>               Plaintiff,<br><br>            v.<br><br>LIVEVOX, INC.<br><br>               Defendant. | CASE NO. 13-cv-01773-YGR<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR DISMISSAL**<br><br>First Action Filed:  April 3, 2012<br>Action Transferred: April 18, 2013<br>Trial Date: November 5, 2018 |

**VENABLE LLP**
101 CALIFORNIA STREET, SUITE 3800
SAN FRANCISCO, CA 94111
415-653-3750

**NOTICE TO THE COURT AND THE COURT CLERK:**

Plaintiff NobelBiz, Inc. and Defendant LiveVox, Inc. respectfully notify the Court (pursuant to the Court's Standing Order in Civil Cases, ¶14) that a settlement of the above-captioned matter has been reached and hereby request this action be dismissed with prejudice and closed, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: December 19, 2017          VENABLE LLP

*/s/ Ralph A. Dengler*
Ralph A. Dengler
Andrew P. MacArthur
William A. Hector
Counsel for plaintiff NobelBiz, Inc.


RUYAK CHERIAN LLP


*/s/ Robert M. Harkins*
Robert M. Harkins
Counsel for defendant LiveVox, Inc.


### Attestation Regarding Signatures

I, William A. Hector, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


Date: December 19, 2017          VENABLE LLP

By:   */s/ William A. Hector*
      William A. Hector


Attorney for plaintiff NobelBiz, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2017, the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ William A. Hector*
William A. Hector